## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **ANDRE VAUGHN,** ) | |
| ) | **Case No.** |
| **Plaintiff,** ) | |
| **v.** ) | **Judge** |
| ) | |
| **P.O ERNEST #470,** ) | **Jury Demand** |
| ) | |
| **Defendant.** ) | |

## COMPLAINT

NOW COMES the Plaintiff, ANDRE VAUGHN, by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., complaining against the Defendants P.O. ERNEST #470, as follows:

## COUNT I – EXCESSIVE FORCE

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331, and supplemental Jurisdiction of the State of Indiana.

3. The Plaintiff, ANDRE VAUGHN, was at all relevant times a United States citizen and permanent resident of the State of Illinois.

4. The Defendant, P.O. ERNEST, was at all relevant times duly appointed police officers of the CITY OF LAFAYETTE and were acting within the scope of their employment and under color of law.

1

5. On April 24, 2022 the Plaintiff was in the vicinity of 3095 Phipps Ct. in Lafayette, Indiana.

6. Defendant Officer Ernest and other officers were at the scene in regards to a disturbance.

7. The plaintiff Andre Vaughn walked to the front of the house to check on a couple of relatives.

8. The plaintiff was not committing any crime or breaking any law.

9. P.O. ERNEST, without provocation, grabbed and threw the Plaintiff to the ground.

10. P.O. ERNEST's use of force was excessive.

11. P.O. ERNEST's use of force was unreasonable.

12. As a result of the actions of P.O. ERNEST the Plaintiff was injured.

13. Said actions were intentional, willful, and wanton.

14. Said actions of Defendant, P.O. ERNEST, violated the Plaintiff, ANDRE VAUGHN's Fourth and Fourteenth Amendment Rights of the United States Constitution as protected by 42 U.S.C. §1983.

15. As a direct and proximate consequence of Defendant's, P.O. ERNEST, above-described conduct, the Plaintiff, ANDRE VAUGHN, suffered violations of his constitutional rights, emotional anxiety, fear, pain, suffering, future pain and suffering, monetary loss and expense.

**WHEREFORE**, the Plaintiff, ANDRE VAUGHN, prays for judgment against the Defendant, P.O. ERNEST, for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## **JURY DEMAND**

The Plaintiff, ANDRE VAUGHN, requests a trial by jury.

Respectfully Submitted,

*/s/ Gregory E. Kulis*
Gregory E. Kulis and Associates

**Gregory E. Kulis, 6180966**
**Gregory E. Kulis and Associates**
**134 North LaSalle Street, Suite 444**
**Chicago, Illinois 60602**
**t. (312) 580-1830**
**e. service@kulislawltd.com**