**UNITED STATES DISTRICT COURT**
for the
**NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ANDRE VAUGHN,** | ) |
| **Plaintiff** | ) ) ) |
| v. | ) Cause No. 4:23-CV-00053-PPS-JPK |
| **P. O. ERNEST #470,** | ) ) ) |
| **Defendant** | ) |

## JOINT MOTION FOR A SETTLEMENT CONFERENCE

NOW COMES the Plaintiff by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and Defendant by and through his attorneys, Pollack Law Firm, P.C. and respectfully request a settlement conference:

1. The Parties request that this case be referred to a Magistrate Judge to conduct a settlement conference.

WHEREFORE, the Parties jointly request a settlement conference with a Magistrate.

Respectfully submitted,

By:  /s/ Brian M. Orozco
One of the Attorneys for Plaintiff

Brian M. Orozco
**Gregory E. Kulis & Associates Ltd.**
134 N. LaSalle Street,, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)
borozco@kulislawltd.com

1

Respectfully submitted,

Attorney for Defendant,

Caren L. Pollack
**POLLACK LAW FIRM, P.C.**
10333 N. Meridian St., Suite 111
Carmel, In.  46290
(317)660-4880 (phone)
(317)660-4881 (direct)
(317)660-4888 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned non-attorney hereby certifies that the above **Joint Motion for a Settlement Conference** was filed on January 10, 2024 with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/ Zoe Swenson*
Zoe Swenson