UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| ANDRE VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 4:23-CV-53-PPS-JPK |
| | ) |
| P.O. ERNEST #470, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The parties filed a Joint Motion for a Settlement Conference in front of the magistrate. [DE 19.]  The motion [DE 19] is GRANTED and this matter is REFERRED to Magistrate Judge Joshua P. Kolar to conduct a settlement conference.

**SO ORDERED**.

ENTERED: January 11, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT