UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| ANDRE VAUGHN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:23-CV-053-PPS-JEM ) |
| P.O. EARNEST #470, | ) ) |
| Defendant. | ) ) |

## ORDER

The parties' joint Stipulation to Dismiss [DE 34] is **SO ORDERED**. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: June 7, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT